UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHERN COAST K9, LLC and
360 SECURITY PARTNERS,
LLC,

        Plaintiffs,

v.                                      Case No. 6:25-cv-298-JA-LHP

MARGUERITE HEISER and
WILLIAM HEISER,

        Defendants.

## ORDER

Previously, Defendants moved for attorney's fees and costs under Federal Rule of Civil Procedure 41(d), seeking to receive non-recyclable costs incurred in a prior federal action between the parties. (Doc. 23; Doc. 33). The Court denied that motion to the extent it sought attorney's fees. (Doc. 33). But the Court reserved ruling on Defendants' request for non-recyclable costs related to a personal jurisdiction issue that was raised in the prior federal action but could not be re-asserted in this action. (Doc. 33).

Now before the Court is Defendants' bill of costs pursuant to Federal Rule of Civil Procedure 41(d). (Doc. 34). Plaintiffs have filed a response in opposition. (Doc. 35). Defendants' bill of costs solely seeks unwarranted attorney's fees. Defendants do not seek any other costs. The Court was clear in its prior Order

that "the circumstances do not warrant an award of attorney's fees under Rule 41(d)." (Doc. 33 at 4).

Accordingly, Defendants' bill of costs (Doc. 34) is **denied**, and Defendants' request for non-recyclable costs (Doc. 23) is **denied**. Defendants are awarded no costs under Rule 41(d).

**DONE** and **ORDERED** in Orlando, Florida, on July 22, 2025.

                                          JOHN ANTOON II
                                     United States District Judge

Copies furnished to:
Counsel of Record