UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHERN COAST K9, LLC and
360 SECURITY PARTNERS,
LLC,

        Plaintiffs,

v.

        Case No. 6:25-cv-298-JA-LHP

MARGUERITE HEISER and
WILLIAM HEISER,

        Defendants.

## ORDER

Before the Court is Plaintiffs' opposed motion for leave to file a Second Amended Complaint (Doc. 55) and Defendants' response in opposition (Doc. 56). After careful consideration, the Court concludes that under Federal Rule of Civil Procedure 15, the interests of justice require granting Plaintiffs' motion (Doc. 55).

Accordingly, Plaintiffs' motion (Doc. 55) is **GRANTED**. Defendants' motion (Doc. 41) to dismiss Plaintiffs' Amended Complaint is **DENIED as moot**. Plaintiffs shall file the Second Amended Complaint as a separate document in the electronic filing system as soon as practicable. Defendants shall have twenty-one days from the date that Plaintiffs file the Second

Amended Complaint to respond.

**DONE** and **ORDERED** in Orlando, Florida, on November 7, 2025.

                                         JOHN ANTOON II
                                   United States District Judge

Copies furnished to:
Counsel of Record